UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-150-MOC
3:16-CR-221-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) ) ) ) Vs. ) ) **DANIEL THOMAS BROYLES, SR**, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** is before the Court on the Government's Motion to Continue Sentencing. (3:15cr221, Doc. No. 628; 3:22cr150, Doc. No. 21). Pursuant to this Court's Order (3:15cr221, Doc. No. 629; 3:22cr150, Doc. No. 22), Defendant filed a Response in Opposition to the Government's Motion. (3:15cr221, Doc. No. 630; 3:22cr150, Doc. No. 23).

**IT IS HEREBY ORDERED** that the Government **SHALL** reply to Defendant's Response (3:15cr221, Doc. No. 630; 3:22cr150, Doc. No. 23) no later than November 10, 2023.

Max O. Cogburn Jr
United States District Judge

1