UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-221-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DANIEL THOMAS BROYLES, SR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Appointment of Counsel. (Doc. No. 652).

Defendant's motion to appoint counsel is denied, as he has no constitutional right to counsel in assisting him with filing a post-conviction motion to vacate or reduce sentence, and Defendant has not set forth any exceptional circumstances warranting appointment of counsel. See Pennsylvania v. Finley, 481 U.S. 551, 554 (1987); Hunt v. Nuth, 57 F.3d 1327, 1340 (4th Cir. 1995).

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Appointment of Counsel (Doc. No. 652) is **DENIED**.

Signed: August 7, 2024



Max O. Cogburn Jr.
United States District Judge

1